1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

| | |
|---|---|
| LINDA REYES,<br><br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>      Defendant. | Case No. CV 07-3580 JC<br><br>JUDGMENT |

18
19
20
21

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:   September 23, 2008

22
23
24
25
26
27
28

_____/s/_____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE